5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -against-                      :           ORDER
                                       :
    HSI-FENG LI                        :
                                       :       07 cr 1143 (DC)
                                       :           Docket #
                                       :
---------------------------------------x


__DENNY CHIN_____, DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to this case

__ROBERT SOLOWAY_____ is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __LOUIS AIOALA_____, NUNC-PRO-TUNC _____
                         Attorney's Name

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         4/24/08