AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

**APPEARANCE**

United States of America

v.

Michael Chu, et al.

Case Number: | 07 Cr. 1143 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

| May 30, 2008 |
Date



Signature

| Lee Renzin | | LR-7732 |
Print Name                                          Bar Number

| U.S. Attorney's Office - 1 St. Andrew's Plaza |
Address

| New York, | New York | 10007 |
City                    State                    Zip Code

| (212) 637-2723 | | (212) 637-0421 |
Phone Number                                Fax Number