21st July 2008.

To: US District Judge Denny Chin
    Southern District of New York
    Manhattan.

RE: US vs Hsi Feng Li et al, 07 Cr 1143 (DC)

---

Dear Sir,

Re: Request for Bail Approval

---

1. It has been eight months since my being incarcerated and I have very pressing matters to attend to.

2. My contract between China supplier and importer in USA in supplying Chinese marbles for construction of vaule over US$1M was held up. Since 2007, the suplier in China has already manufactured the order and that payment of RMB500,000 had already been paid through my partner in Hong Kong. As the consignment cannot be delivered (due to my incarceration), the manufacturer wanted to impose a penalty for this order and in additon, would forfeit the RMB500,000 of the initial deposit.

3. My company's loan (since three years ago) from a bank of value of US$27,000 plus my personal loan of US$5,000 need to be serviced and paid as the bank would want to press charges if I fail to do either of this.

4. In addition, a pending order between US and the Thai Government need to be fulfilled but now all communications had stopped since my incarceration.

4. Also for your information, Sir, I was issued with a US Visa since 1998 for assisting the US Government. Further I have a taxable income of at least US$25,000 every year.

6. As can be seen, I am requesting that a bail be given to me to settle all existing pressing matters. Therefore, should jail time be required for me after sentence, I would be most prepared to fulfill this when the time comes.

Based on the above matters described, I would appreciate very much that my bail be approve by you, Your Honor.
Thanking you for your kind consideration.

*[signed] Li Hsi Feng*

Inmate Li Hsi Feng Reg #23987-086
Brooklyn, MDC
P.O.Box 320092
Brooklyn, NY11232.

*[Handwritten note:]* As defendant is represented by counsel, if he wishes to apply for bail now, he must do so through his lawyer. SO ORDERED. *[signed]* 7/28/08   USDJ