# LOUIS R. AIDALA

Attorney at Law
546 Fifth Avenue
6th Floor
New York, NY 10036

Ph: (212) 750 9700                                    Fax: (212) 750 8297

Via fax

July 30, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08
```

Hon. Denny Chin, USDJ
US Court House - SDNY
500 Pearl St.
New York, NY 10007

Re: USA v. Hsi Feng Li
    # 07 cr 1143 (DC)

Dear Judge Chin:

    This letter is to request an extension of three weeks, from August 1, 2008, until August 21, 2008, in which to file motions in the above referenced case.

    I was substituted as counsel for Mr. Li in late April 2008 and am still in the process of reviewing the voluminous discovery to determine whether any issues exist as to Mr. Li, which would form the basis for any motions. I am also attempting to resolve certain matters with the government.

    AUSA Nicholas Goldin has consented to the extension. No prior extension requests have been made by the undersigned.

    Thank you for the Court's attention herein.

Approved.
So ORDERED.
[signature]
USDJ
8/4/08

Respectfully,
[signature]
Louis R. Aidala
Attorney for Hsi Feng Li

cc: Nicholas Goldin, AUSA
    Rosemary Nidiry, AUSA
    All Defense Counsel